CHARLES VICTOR BENECKE et al., Respondents, *v.* THEODORE HAEBLER et al., Appellants.

*Benecke* v. *Haebler*, 38 App. Div. 344, affirmed.
(Argued April 2, 1901; decided April 23, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April

10, 1899, affirming a judgment in favor of plaintiffs entered upon the report of a referee.

*Robert B. Honeyman* for appellants.

*Thomas B. Hewitt* and *B. B. Blydenburgh* for respondents.

Judgment affirmed, with costs ; no opinion.
Concur : PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ.